**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00252-CV

## IN RE: SOUTHERN UNION COMPANY

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-37091**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 24, 2012. On October 22, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally and Busby.